## VERDICT FORM

<u>Hill v. Henshaw</u>, 20-cv-2025



FILED
APR - 4 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**1. We, the jury, find as follows on Plaintiff's claim that Defendant used excessive force against him:**

*(Place an "X" on the appropriate line for each claim.)*

For Plaintiff Jeremiah Hill     **OR**   For Defendant Nicholas Henshaw

_____           \_\_\_\_X_____

*(If you found for Plaintiff on any of his claims, fill in below the amount of compensatory damages you award. If you found against Plaintiff, skip parts 2 and 3 because you will not award damages.)*

**2. Having found for Plaintiff, we fix Plaintiff's total compensatory damages as $_____.**

*(If you found for Plaintiff, in addition to any compensatory damages awarded above, you may, but are not required to, award punitive damages against Defendant. If you found against Plaintiff, skip parts 2 and 3 because you will not award damages.)*

**3. Having found for Plaintiff, we fix Plaintiff's punitive damages against Defendant, if any, as follows: $_____**

31

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: 4/4/23

s/Juror
_____
Presiding Juror

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

32